■ CONSTANCIA ROWE et al., Appellants, v CITY OF NEW YORK, Defendant, and NEW YORK CITY HOUSING AUTHORITY, Respondent. [633 NYS2d 974] —Appeal by the plaintiffs from an order of the Supreme Court, Kings County (Hutcherson, J.), dated June 6, 1994.

Ordered that the order is affirmed, with costs, for reasons stated by Justice Hutcherson at the Supreme Court. Balletta, J. P., Rosenblatt, Pizzuto, Joy and Altman, JJ., concur.